TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

Richard S. Greene IV (TN Bar 024450)
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
4 Constitution Square
150 M Street, NE
Suite 2.900
Washington, D.C. 20002
p: 202.307.3967
c: 202.598.3807
Richard.greene@usdoj.gov

Attorneys for Plaintiff

David D. Cooke (CA Bar No. 094939)
Kamran Javandel (CA Bar No. 272900)
Allen Matkins Leck Gamble Mallory & Natsis LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111
p: 415-837-1515
dcooke@allenmatkins.com
kjavandel@allenmatkins.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-8989 |
| Plaintiff, | |
| vs. | **NOTICE OF LODGING OF PROPOSED CONSENT DECREE** |
| BUCKHORN, INC. | |
| Defendant | |

NOTICE OF LODGING OF PROPOSED CONSENT DECREE - 1

# NOTICE OF LODGING PROPOSED CONSENT DECREE
# FOR 30-DAY PUBLIC COMMENT PERIOD

The United States lodges with this Court the attached proposed Consent Decree, under 28 C.F.R. § 50.7, for public comment. Notice of the lodging of this Consent Decree, and the opportunity to comment thereon, will be published in the Federal Register. The United States will then receive public comments on the proposed Consent Decree for the requisite 30-day public comment period. During the pendency of the public comment period, no action is required of this Court. After the public comment period has expired, the United States will respond to any comments timely received and, should it appear to the United States that the settlement is in the public interest, file a motion asking the Court to sign and enter the Consent Decree.

**The United States respectfully requests that the Court take no action with respect to the lodged Consent Decree until the United States moves for entry of the Consent Decree or otherwise advises the Court.**

Dated:                                              Respectfully submitted,

                                                    FOR THE UNITED STATES OF AMERICA

                                                    TODD KIM
                                                    Assistant Attorney General
                                                    Environment and Natural Resources Division
                                                    United States Department of Justice

                                                    /s/ Richard S. Greene IV
                                                    RICHARD S. GREENE IV
                                                    TN Bar 024450
                                                    Environmental Enforcement Section
                                                    Environment and Natural Resources Division
                                                    United States Department of Justice
                                                    4 Constitution Square
                                                    150 M Street, NE
                                                    Suite 2.900
                                                    Washington, D. C.  20002
                                                    p:202.307.3967
                                                    c: 202.598.3807
                                                    Richard.greene@usdoj.gov

OF COUNSEL:
Karen Goldberg
Assistant Regional Counsel
U.S. Environmental Protection Agency
Region 9